UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**SCHAFER CORPORATION,**

    **Plaintiff,**

v.                                                                                     Case No. 1: 12-CV-1204

**VIRGINIA SQUARE OFFICE CORPORATION,**

    **Defendant.**

**MOTION FOR EXPEDITED CONSIDERATION
OF DECLARATORY JUDGMENT CLAIM**

Plaintiff, Schafer Corporation ("Schafer"), by counsel, and pursuant to Fed. R. Civ. P. 57 and 28 U.S.C. § 2201, respectfully requests that the Court give expedited consideration to Schafer's request for declaratory relief. As set forth more fully in the memorandum of law filed contemporaneously herewith, without expedited consideration of this matter Schafer faces the untenable choice between simultaneously leasing office space in two separate buildings, with the resulting increased expenses, or losing the opportunity to move its operations to a new location with lower occupancy costs and enhanced efficiencies of operation. Accordingly, delay in the adjudication of this dispute will prejudice Shafer's rights under its existing lease and expose Schafer to significant losses.

Respectfully submitted this 9th day of November, 2012.

                         **SCHAFER CORPORATION**

                       **/s/    William F. Devine**
                       **William F. Devine (VSB No. 26632)**
                       wdevine@williamsmullen.com
                       **WILLIAMS MULLEN**
                       **1700 Dominion Tower**
                       **999 Waterside Drive**
                       **Norfolk, Virginia 23510**
                       **Tel: (757) 622-3366**
                       **Fax: (757) 629-0660**

                       **Anthony H. Anikeeff (VSB No. 20338)**
                       aanikeeff@williamsmullen.com
                       **WILLIAMS MULLEN**
                       **8300 Greensboro Drive**
                       **Suite 1100**
                       **McLean, VA 22102**
                       **Tel: (703) 760-5225**
                       **Fax: (703) 748-0244**

## Certificate of Service

I hereby certify that on the 9th day of November, 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and have sent a true and accurate copy by first class mail, postage prepaid, to the following:

Virginia Square Office Corporation
c/o LaSalle Investment Management, Inc.
ATTN:  Allison McFaul, Vice President
100 East Pratt Street
Baltimore, MD  21202

/s/      **William F. Devine**
**William F. Devine (VSB No. 26632)**
**wdevine@williamsmullen.com**
**WILLIAMS MULLEN**
**1700 Dominion Tower**
**999 Waterside Drive**
**Norfolk, Virginia 23510**
**Tel: (757) 622-3366**
**Fax: (757) 629-0660**

**Anthony H. Anikeeff (VSB No. 20338)**
**aanikeeff@williamsmullen.com**
**WILLIAMS MULLEN**
**8300 Greensboro Drive**
**Suite 1100**
**McLean, VA 22102**
**Tel: (703) 760-5225**
**Fax: (703) 748-0244**

19765361_1